UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| **DREXEL GILSTRAP** § | |
| Plaintiff, § | |
| vs. § | |
| § | CIVIL ACTION NO. 7:19-CV-00213 |
| **REPUBLIC LOGISTICS, LLC AND** § | |
| **CODY COBB,** § | |
| Defendants. § | |

## DEFENDANTS' FIRST AMENDED ANSWER

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendants, Republic Logistics, LLC and Cody Cobb, file this first amended answer to plaintiff Drexel Gilstrap's original complaint. Defendants file this amendment in conjunction with the contemporaneously filed *Consent to Allow Defendants Leave to File Amended Pleading*.

### A. Admissions & Denials

1. Defendants admit that the plaintiff worked for Republic Logistics, LLC; that he was hired in or about August 2018; and that Cody Cobb is an owner of Republic Logistics, LLC; but Defendants deny the remaining allegations in paragraph 1.

2. Defendants lack sufficient knowledge or information to form a belief about the truth of paragraph 2.

3. Defendants lack sufficient knowledge or information to form a belief about the truth of paragraph 3.

4. Defendants admit that plaintiff was formerly employed by defendant Republic Logistics, LLC as an independent contractor but deny that plaintiff was employed by defendant Cody Cobb. Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations in paragraph 4.

Case 7:19-cv-00213-DC   Document 14   Filed 12/09/19   Page 2 of 5

5. Defendants admit the allegations in paragraph 5.

6. Defendants admit the allegations in paragraph 6.

7. Defendants lack sufficient knowledge or information to form a belief about the truth of paragraph 7.

8. Defendants lack sufficient knowledge or information to form a belief about the truth of paragraph 8.

9. Defendants lack sufficient knowledge or information to form a belief about the truth of paragraph 9.

10. Defendants lack sufficient knowledge or information to form a belief about the truth of paragraph 10.

11. Defendants lack sufficient knowledge or information to form a belief about the truth of paragraph 11.

12. Defendants lack sufficient knowledge or information to form a belief about the truth of paragraph 12.

13. Defendants admit that plaintiff was formerly employed by defendant Republic Logistics, LLC as an independent contractor but deny that plaintiff was employed by defendant Cody Cobb. Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations in paragraph 13.

14. Defendants admit that Republic Logistics, LLC is a company handling logistics for the oil and gas industry and that Cody Cobb is an owner. Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations in paragraph 14.

15. Defendants deny the allegations in paragraph 15.

16. Defendants deny the allegations in paragraph 16.

*Defendants' First Amended Answer*　　　　　　　　　　　　　　　　　　　　　　　　　*Page 2 of 5*

17. Defendants deny the allegations in paragraph 17.

18. Defendants deny the allegations in paragraph 18.

19. Defendants deny the allegations in paragraph 19.

20. Defendants deny the allegations in paragraph 20.

21. Defendants deny the allegations in paragraph 21.

22. Defendants deny the allegations in paragraph 22.

23. Defendants deny the allegations in paragraph 23.

24. Defendants deny the allegations in paragraph 24.

25. Defendants deny the allegations in paragraph 25.

26. Defendants deny the allegations in paragraph 26.

27. Defendants deny the allegations in paragraph 27.

28. Defendants deny the allegations in paragraph 28.

29. Defendants deny the allegations in paragraph 29.

30. Defendants deny the allegations in paragraph 30.

31. Defendants deny the allegations in paragraph 31.

32. Defendants deny the allegations in paragraph 32.

33. Defendants deny the allegations in paragraph 33.

34. Defendants deny the allegations in paragraph 34.

35. Defendants deny the allegations in paragraph 35.

36. Defendants lack sufficient knowledge or information to form a belief about the truth of paragraph 36.

37. Defendants lack sufficient knowledge or information to form a belief about the truth of paragraph 37.

### B. Affirmative Defenses

38. The defendants are not liable to plaintiff because the plaintiff is an independent contractor. There is not an employer-employee relationship between the plaintiff and defendants as defined under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, et seq., and as a matter of economic reality, plaintiff was in business for himself. Plaintiff was hired as an independent contractor to do hourly work as a sand coordinator. The terms of plaintiff's payment mirrored the FLSA insofar as the contract provided for a regular hourly rate of $20 per hour for the first 40 hours of work in a given week and $30 per hour for any time worked over 40 hours, but the FLSA does not govern the relationship. Plaintiff, as a sand coordinator, only performed a single service for the company; used his own truck and equipment; and worked on a project-by-project basis, with no guarantee of regular work.

39. The defendants are not liable to plaintiff because of payment. The defendants paid the plaintiff in accordance with the law and his contract.

### C. Prayer

40. For these reasons, defendant asks the Court to enter judgment that plaintiff take nothing, dismiss plaintiff's suit with prejudice, assess costs against plaintiff, and award defendants all other relief the Court deems appropriate.

Respectfully submitted,

*/s/ Benjamin Petty*
BENJAMIN PETTY
State Bar No. 24105934

OF

KELLY, MORGAN, DENNIS,
CORZINE & HANSEN, P.C.
P.O. Box 1311
Odessa, Texas 79760-1311

(432) 367-7271
FAX: (432) 363-9121

*ATTORNEYS FOR DEFENDANTS*

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was served on all counsel of record through the e-filing system this 6th day of December 2019.

Borsellino, P.C.
1020 Macon St., Suite 15
Fort Worth, Texas 76102
Josh Borsellino
Morgan Scott
josh@dfwcounsel.com
morgan@oilfieldovertime.com

*/s/ Benjamin Petty*
BENJAMIN PETTY